UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. No. 08-8024 (SDW) |
| V. | |
| JOSE MORENO | ORDER |

This matter having come before the Court on the application of Defendant Jose Moreno, by David A. Holman, Assistant Federal Public Defender, for an order modifying the conditions of bail, and the government, by Assistant United States Attorney Dennis Carletta, and Pre-trial Services, by Angel Matos, having no objections to this modification,

IT IS on this 26th day of April, 2010,

ORDERED that the conditions of bail shall be modified to permit Mr. Moreno to travel from Fort Lauderdale, Florida, on July 17 and return to Fort Lauderdale on July 23rd. Mr. Moreno will provide his travel itinerary to Pre-trial Services and will comply with that agency's travel directives. Pre-trial Services shall return Mr. Moreno's passport to him for the duration of this trip and he will return it to Pre-trial Services immediately upon his return.

IT IS FURTHER ORDERED that all other conditions of bail shall remain in effect.

HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE